

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-24-00411-CR

Cameron Mitchell **KRENEK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 9458
Honorable Kirsten Cohoon, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA,
AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED August 27, 2025.

_____
Lori Massey Brissette, Justice